| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) HOLLANDER, ELLEN L. | 2. Court or Organization UNITED STATES DISTRICT COURT, DISTRICT OF MARYLAND | 3. Date of Report 05/09/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  Date ☐ 5b. Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

7. Chambers or Office Address

UNITED STATES COURTHOUSE
CHAMBERS OF ELLEN LIPTON HOLLANDER
101 WEST LOMBARD STREET
BALTIMORE, MD 21201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD OF TRUSTEES (through June 30, 2013) | GOUCHER COLLEGE |
| 2. | BOARD MEMBER | LIBRARY COMPANY OF THE BALTIMORE BAR |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1989-2013 | RETIREMENT SYSTEM FOR JUDGES OF THE STATE OF MARYLAND |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | MARYLAND STATE RETIREMENT AGENCY | $101,220.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | SELF-EMPLOYED - ADVERTISING/MARKETING |
| 2. 2013 | ROYALTY - CHICAGO SHAKESPEARE THEATER |
| 3. 2013 | PENSION - THE HEARST CORP BROADCAST RETIREMENT PLAN |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/09/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WHOLE LIFE INSURANCE POLICY: | | | | | | | | | |
| 2. NORTHWESTERN MUTUAL POLICY - CASH VALUE | A | Int./Div. | N | T | | | | | |
| 3. CASH ACCOUNTS: | | | | | | | | | |
| 4. M&T BANK ACCOUNT | | None | J | T | | | | | |
| 5. BANK OF AMERICA ACCOUNT | | None | J | T | | | | | |
| 6. WELLS FARGO BANK, N.A. - MORTGAGE ESCROW ACCOUNT | A | Int./Div. | | | Closed | 03/05/13 | J | | |
| 7. US BANK - MORTGAGE ESCROW ACCOUNT | | None | J | T | Open | 03/05/13 | J | | |
| 8. JP MORGAN CHASE BANK, NA | A | Int./Div. | K | T | | | | | |
| 9. BROKERAGE & PERSONAL HOLDINGS: | | | | | | | | | |
| 10. WELLS FARGO ADVANTAGE TREASURY PLUS MM FUND | A | Int./Div. | J | T | | | | | |
| 11. MERRILL LYNCH BANK DEPOSIT | A | Interest | K | T | | | | | |
| 12. ADTRAN, INC. | A | Dividend | | | Sold | 01/17/13 | J | | |
| 13. AMERICAN TOWER CORP | A | Dividend | K | T | | | | | |
| 14. ANSYS, INC. - COMMON | | None | K | T | Sold (part) | 02/26/13 | J | B | |
| 15. APACHE CORP - COMMON | A | Dividend | | | Sold | 05/09/13 | J | A | |
| 16. AT&T COMMON STOCK | A | Dividend | | | Donated | | | | |
| 17. CELEGENE CORP - COMMON | | None | K | T | Sold (part) | 02/05/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CISCO SYSTEMS, INC. - COMMON | A | Dividend | J | T | | | | | |
| 19. CLEAN HARBORS, INC. | | None | J | T | Buy (add'l) | 05/03/13 | J | | |
| 20. COMCAST - COMMON STOCK | A | Dividend | J | T | | | | | |
| 21. CONCHO RESOURCES, INC. | | None | J | T | Buy (add'l) | 05/13/13 | J | | |
| 22. CONCUR TECHNOLOGIES, INC. | | None | J | T | Buy | 04/12/13 | J | | |
| 23. CONSOLIDATED EDISON - COMMON | A | Dividend | J | T | | | | | |
| 24. DEALERTRAK HOLDINGS, INC - COMMON | | None | J | T | Sold (part) | 08/28/13 | J | B | |
| 25. DISCOVER FINANCIAL SERVICES, INC. | | None | J | T | Buy | 12/10/13 | J | | |
| 26. ECOLAB, INC - COMMON | A | Dividend | K | T | | | | | |
| 27. EXAMWORKS GROUP, INC. | | None | J | T | Buy | 09/25/13 | J | | |
| 28. EXPEDITORS INTL OF WASH INC - COMMON | A | Dividend | K | T | | | | | |
| 29. EXPONENT, INC. | | None | J | T | Buy | 02/01/13 | J | | |
| 30. FASTENAL CO - COMMON | A | Dividend | K | T | Sold (part) | 01/03/13 | J | C | |
| 31. FRONTIER COMMUNICATIONS, INC - COMMON | A | Dividend | | | Donated | | | | |
| 32. GARDNER DENVER, INC - COMMON | A | Dividend | | | Sold | 03/08/13 | J | A | |
| 33. HEALTHCARE SERVICES GROUP, INC. | A | Dividend | J | T | Buy | 03/04/13 | J | | |
| 34. | | | | | Buy (add'l) | 05/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IDEXX LAB, INC - COMMON | | None | | | Sold (part) | 01/07/13 | J | C | |
| 36. | | | | | Sold (part) | 03/13/13 | J | C | |
| 37. | | | | | Sold (part) | 01/02/13 | J | A | |
| 38. | | | | | Sold (part) | 01/03/13 | J | A | |
| 39. | | | | | Sold (part) | 04/23/13 | J | B | |
| 40. | | | | | Sold | 04/26/13 | J | C | |
| 41. II-VI, INC. - COMMON | | None | | | Sold | 02/21/13 | J | A | |
| 42. ILLUMINA, INC. | | None | J | T | | | | | |
| 43. INTELCORP - COMM ON | A | Dividend | K | T | Sold (part) | 12/10/13 | J | A | |
| 44. | | | | | Sold (part) | 07/02/13 | J | D | |
| 45. IBM - COMMON | C | Dividend | M | T | | | | | |
| 46. INTUITIVE SURGICAL, INC. | | None | J | T | Buy | 12/27/13 | J | | |
| 47. JACOBS ENGINEERING GROUP - COMMON | | None | J | T | Sold (part) | 08/22/13 | J | B | |
| 48. | | | | | Sold (part) | 02/05/13 | J | A | |
| 49. | | | | | Sold (part) | 08/21/13 | J | B | |
| 50. J&J - COMMON | A | Dividend | J | T | | | | | |
| 51. LKQ CORP - COMMON | | None | K | T | Sold (part) | 10/16/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  MARKEL CORP - COMMON | | None | K | T | Buy (add'l) | 01/31/13 | J | | |
| 53.  METLIFE POLICYHOLDER - TRUST INTEREST | A | Dividend | J | T | | | | | |
| 54.  MOODYS CORP | A | Dividend | J | T | Buy | 10/17/13 | J | | |
| 55.  NATIONAL INFORMATION CONSORTIUM, INC. | A | Dividend | J | T | | | | | |
| 56.  PANERA BREAD, INC. | | None | J | T | Buy | 10/17/13 | J | | |
| 57.  PAYCHEX, INC. - COMMON | A | Dividend | J | T | | | | | |
| 58.  POTASH CORP OF SASKATCHEWAN - COMMON | A | Dividend | | | Sold (part) | 10/16/13 | J | A | |
| 59. | | | | | Sold (part) | 11/26/13 | J | A | |
| 60. | | | | | Sold | 12/06/13 | J | A | |
| 61.  QUALCOMM, INC - COMMON | A | Dividend | K | T | Sold (part) | 01/03/13 | J | B | |
| 62. | | | | | Sold (part) | 02/05/13 | J | C | |
| 63. | | | | | Sold (part) | 10/16/13 | J | C | |
| 64.  RED HAT, INC. | | None | J | T | Buy | 03/28/13 | J | | |
| 65. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 66. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 67.  RESMED, INC. - COMMON | A | Dividend | | | Sold (part) | 08/29/13 | J | B | |
| 68. | | | | | Sold (part) | 08/12/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 08/29/13 | J | A | |
| 70. | | | | | Sold (part) | 09/17/13 | J | A | |
| 71. | | | | | Sold (part) | 09/20/13 | J | C | |
| 72. | | | | | Sold | 09/26/13 | J | B | |
| 73. ROPER INDUSTRIES - COMMON | A | Dividend | K | T | | | | | |
| 74. SCHLUMBERGER, LTD - COMMON | A | Dividend | K | T | Sold (part) | 02/05/13 | J | B | |
| 75. SEI INVESTMENTS CO - COMMON | A | Dividend | K | T | | | | | |
| 76. SIGNET JEWELERS, LTD | A | Dividend | J | T | Buy | 10/07/13 | J | | |
| 77. SOUTHWESTERN ENERGY CO - COMMON | | None | J | T | | | | | |
| 78. STERICYCLE - COMMON | | None | J | T | | | | | |
| 79. TR PRICE GROUP - COMMON | A | Dividend | K | T | Sold (part) | 01/31/13 | J | D | |
| 80. | | | | | Sold (part) | 04/10/13 | J | B | |
| 81. TEVA PHARMACEUTICALS - ORD SHARES | A | Dividend | | | Sold (part) | 01/02/13 | J | | |
| 82. | | | | | Sold | 03/06/13 | J | | |
| 83. THREE D SYSTEMS NEW - COMMON | | None | K | T | Sold (part) | 09/30/13 | J | C | |
| 84. | | | | | Sold (part) | 01/02/13 | J | C | |
| 85. | | | | | Sold (part) | 09/30/13 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. TRIMBLE NAVIGATION - COMMON | | None | K | T | Sold (part) | 01/03/13 | J | B | |
| 87. | | | | | Buy (add'l) | 05/28/13 | J | | |
| 88. | | | | | Buy (add'l) | 08/12/13 | J | | |
| 89. TYLER TECHNOLOGIES, INC | | None | J | T | Buy | 01/14/13 | J | | |
| 90. VERISK ANALYTICS | | None | J | T | Buy | 09/04/13 | J | | |
| 91. | | | | | Buy (add'l) | 11/06/13 | J | | |
| 92. VERIZON COMMUNICATIONS - COMMON | A | Dividend | K | T | | | | | |
| 93. VISA, INC - COMMON | A | Dividend | J | T | | | | | |
| 94. WAGEWORKS, INC | | None | J | T | Buy | 03/13/13 | J | | |
| 95. WASTE CONNECTIONS, INC. | A | Dividend | J | T | Buy | 01/14/13 | J | | |
| 96. | | | | | Buy (add'l) | 01/30/13 | J | | |
| 97. | | | | | Buy (add'l) | 10/16/13 | J | | |
| 98. INNERWORKINGS, INC. | | None | | | Buy | 01/29/13 | J | | |
| 99. | | | | | Sold | 12/10/13 | J | | |
| 100. AMERICAN FUNDS - AMERICAN BALANCED F-1 | A | Dividend | J | T | | | | | |
| 101. AMERICAN FUNDS - GROWTH FUND OF AMERICA F-1 | A | Dividend | J | T | | | | | |
| 102. ARTISAN SM CAP VALUE INVESTOR FUND | A | Dividend | | | Sold | 09/10/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ARTISAN MID-CAP VALUE FUND INVESTOR | A | Dividend | J | T | Buy | 09/11/13 | J | | |
| 104. BLACKROCK GLOBAL ALLOCATION INSTL FUND | A | Dividend | J | T | | | | | |
| 105. DAVIS NY VENTURE FUND - CLASS A | A | Dividend | J | T | | | | | |
| 106. FIRST EAGLE GLOBAL FUND, CLASS A | A | Dividend | J | T | | | | | |
| 107. HARTFORD MUTUAL FUNDS - HARTFORD MIDCAP I | A | Dividend | J | T | | | | | |
| 108. IVY FUNDS - IVY ASSET STRATEGY FUND CLASS I | A | Dividend | J | T | | | | | |
| 109. JP MORGAN SMALL CAP EQUITY FUND | A | Dividend | J | T | | | | | |
| 110. PERKINS MID CAP VALUE FUND I | A | Dividend | | | Sold | 09/10/13 | J | A | |
| 111. PIONEER CULLEN VALUE | A | Dividend | | | Sold | 09/10/13 | J | A | |
| 112. T.ROWE PRICE MD TAX FREE BOND FUND | A | Int./Div. | J | T | | | | | |
| 113. MANAGERS YACKTMAN FUND SERVICE CLASS | A | Dividend | J | T | Buy | 09/11/13 | J | | |
| 114. MANAGERS AMG SKYLINE SPECIAL EQUITIES FUND | A | Dividend | J | T | Buy | 09/10/13 | J | | |
| 115. ISRAELI BONDS | A | Interest | J | T | | | | | |
| 116. IRA ACCOUNT #1: | | | | | | | | | |
| 117. AMERICAN BALANCE FUND | A | Dividend | | | Sold | 09/10/13 | J | A | |
| 118. ARTISAN FUNDS SM CAP VALUE FUND | A | Dividend | | | Sold | 09/10/13 | J | A | |
| 119. BLACKROCK GLOBAL ALLOC FD | A | Dividend | K | T | Buy (add'l) | 09/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. AMERICAN FUNDS CAPITAL WORLD G&I FD | A | Dividend | | | Sold | 09/10/13 | J | A | |
| 121. FIRST EAGLE GLOBAL FUND I | A | Dividend | K | T | Buy (add'l) | 09/11/13 | J | | |
| 122. AMERICAN FUNDS GROWTH FUND OF AMERICA | A | Dividend | | | Sold | 09/10/13 | J | A | |
| 123. AMERICAN FUNDS GROWTH FUND OF AMERICA CL F1 | B | Dividend | K | T | Buy (add'l) | 09/12/13 | J | | |
| 124. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 125. HARTFORD MUTUAL FUNDS - HARTFORD MID-CAP FUND | A | Dividend | | | Sold | 09/10/13 | J | A | |
| 126. ING GLOBAL REAL ESTATE FUND | A | Dividend | J | T | Buy (add'l) | 09/12/13 | J | | |
| 127. IVY FUNDS INC - ASSET STRATEGY FUND | A | Dividend | K | T | Buy (add'l) | 09/12/13 | J | | |
| 128. JANUS INVESTMENT FUND - PERKINS MID CAP VALUE FD | A | Dividend | | | Sold | 09/10/13 | J | A | |
| 129. DAVIS NY VENTURE FUND INC CL Y | B | Dividend | K | T | Buy (add'l) | 09/11/13 | J | | |
| 130. PIMCO FDS PAC INVT MGMT SVCS TOTAL RETURN FD A | A | Dividend | K | T | Buy (add'l) | 09/12/13 | J | | |
| 131. JP MORGAN SMALL CAP EQUITY FUND | A | Dividend | J | T | Buy (add'l) | 09/12/13 | J | | |
| 132. PIONEER SER TR III FUNDAMENTAL VALUE FUND CL Y | A | Dividend | | | Sold | 09/10/13 | J | A | |
| 133. INVESCO GLOBAL CORE EQUITY FD A | A | Dividend | | | Sold | 09/10/13 | J | A | |
| 134. AIM SECTOR FDS INVESCO VAN KAMPEN COMSTOCK FD CL A | A | Dividend | | | Sold | 09/10/13 | J | A | |
| 135. ARTISAN MID-CAP VALUE FUND INVESTOR | A | Dividend | J | T | Buy | 09/11/13 | J | | |
| 136. MANAGERS YACKTMAN FUND SERVICE CLASS | A | Dividend | K | T | Buy | 09/11/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. MANAGERS SKYLINE SPECIAL EQUITIES FUND | A | Dividend | J | T | Buy | 09/11/13 | J | | |
| 138. IRA ACCOUNT #2: | | | | | | | | | |
| 139. ARTISAN FUNDS, INC - ARTISAN SMALL CAP VALUE INVESTOR FD | A | Dividend | | | Sold | 09/10/13 | J | A | |
| 140. BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | J | T | Buy (add'l) | 09/11/13 | J | | |
| 141. FIRST EAGLE FDS, INC - GLOBAL FUND CL 1 | A | Dividend | J | T | Buy (add'l) | 09/11/13 | J | | |
| 142. AMERICAN FUNDS - GROWTH FUND OF AMERICA F1 | A | Dividend | J | T | | | | | |
| 143. HARTFORD MUTUAL FDS INC - MIDCAP FUND | A | Dividend | | | Sold | 09/10/13 | J | A | |
| 144. ING GLOBAL REAL ESTATE FUND | A | Dividend | J | T | Buy (add'l) | 09/11/13 | J | | |
| 145. IVY FUNDS INC - ASSET STRATEGY FUND | A | Dividend | J | T | | | | | |
| 146. JANUS INVT FUND - PERKINS MID CAP VALUE FUND | A | Dividend | | | Sold | 09/10/13 | J | A | |
| 147. DAVIS NY VENTURE FUND INC - CL Y | A | Dividend | J | T | | | | | |
| 148. PIMCO FDS PAC INVT MGMT SERV - TOTAL RETURN FUND | A | Dividend | J | T | Buy (add'l) | 09/11/13 | J | | |
| 149. JP MORGAN SMALL CAP EQUITY FUND | A | Dividend | J | T | | | | | |
| 150. PIONEER SER TR III - FUNDAMENTAL VALUE FD CL Y (formerly | A | Dividend | | | Sold | 09/10/13 | J | A | |
| 151. MANAGERS YACKTMAN FUND SERVICE CLASS | A | Dividend | J | T | Buy | 09/11/13 | J | | |
| 152. ARTISAN MIDCAP VALUE FUND INVESTOR | A | Dividend | J | T | Buy | 09/11/13 | J | | |
| 153. PRINCIPAL MIDCAP FUND INSTITUTIONAL | A | Dividend | J | T | Buy | 09/11/13 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. MANAGERS SKYLINE SPECIAL EQUITIES FUND | A | Dividend | J | T | Buy | 09/11/13 | J | | |
| 155. 401(k) PLAN: | | | | | | | | | |
| 156. AMERICAN FUNDS EURO PACIFIC GROWTH FD R6 | | None | K | T | | | | | |
| 157. AMERICAN FUNDS GROWTH FUND OF AMERICA R6 | | None | L | T | | | | | |
| 158. FIDELITY PURITAN FUND | A | Dividend | K | T | | | | | |
| 159. GOLDMAN SACHS LARGE CAP VALUE FUND INST | A | Dividend | L | T | | | | | |
| 160. PIMCO TOTAL RETURN INST | | None | K | T | | | | | |
| 161. T.ROWE PRICE SMALL CAP STOCK FUND | A | Dividend | L | T | | | | | |
| 162. VANGUARD INSTL INDEX FD | | None | L | T | | | | | |
| 163. VANGUARD MID CAP INDEX INSTL FD | | None | L | T | | | | | |
| 164. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLANDER, ELLEN L. | 05/09/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII - INVESTMENTS AND TRUSTS:

LINE 8 - JP MORGAN CHASE

DURING PREPARATION OF THE 2013 ANNUAL REPORT IT WAS DISCOVERED THAT THERE WAS A CLERICAL ERROR IN THE PRIOR YEAR'S REPORT.

THE JUDGE IS A CO-SIGNER ON A CHECKING AND SAVINGS ACCOUNT FOR AN UNMARRIED _____, SOLELY FOR THE CONVENIENCE AND PEACE OF MIND OF THE _____ IN CASE OF MEDICAL OR OTHER EMERGENCY. ALL BANK STATEMENTS ARE SENT ONLY TO THE _____ AND NOT TO THE JUDGE. BECAUSE THE JUDGE DOES NOT CONTRIBUTE TO THE ACCOUNT, AND IT IS NOT UNDER THE JUDGE'S DIRECT CONTROL, AND THE JUDGE DOES NOT RECEIVE ANY BANK STATEMENTS, SHE INADVERTENTLY NEGLECTED TO INCLUDE IT IN THE PRIOR YEAR.

HAD THIS ACCOUNT BEEN PREVIOUSLY REPORTED THE INCOME CODE WOULD HAVE BEEN CODE A, FOR INTEREST/DIVIDEND INCOME; WITH A VALUE CODE OF K, BASED ON CASH/MARKET VALUE.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **ELLEN L. HOLLANDER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544